# SEALED

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | )<br>) |
| Plaintiff, | )<br>) Case No. |
| v. | )<br>) |
| IDEAL FINANCIAL SOLUTIONS, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

**FILED UNDER SEAL**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit R. Michael Waller and Megan E. Gray to practice before this honorable court in all matters relating to the above-captioned matter.

Mr. Waller and Ms. Gray are attorneys with the Federal Trade Commission, an agency of the federal government. Mr. Waller is a member in good standing of the State Boards of the District of Columbia (Bar No. 497764), Virginia (Bar No. 71534), and Georgia (Bar

1

No.102886). Ms. Gray is a member in good standing of the State Bars of California (Bar No. 181204), Texas (Bar No. 90000458), Colorado (Bar No. 27833), and the District of Columbia (Bar No. 478479).

The following information is provided to the Court:

R. Michael Waller
Megan E. Gray
Federal Trade Commission
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Phone 202.326.2902 (Waller)
Phone 202-326-3408 (Gray)
Fax 202.326.2558
rwaller@ftc.gov; mgray@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing R. Michael Waller and Megan E. Gray to practice before this honorable court.

Respectfully submitted this 17th day of January 2013.

DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH
Assistant United States Attorney


**IT IS SO ORDERED:**

GEORGE FOLEY, JR.
**United States Magistrate Judge**

**DATED:   January 29, 2013**