SEALED

DAVID SHONKA
Acting General Counsel

R. MICHAEL WALLER*
MEGAN E. GRAY*
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop M-8102B
Washington, D.C. 20580
Phone: (202) 326-2902 (Waller)
Phone: (202) 326-3408 (Gray)
Facsimile: (202) 326-2558
Email: rwaller@ftc.gov, mgray@ftc.gov

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
*Attorneys for Plaintiff the Federal Trade Commission*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Federal Trade Commission, | Case No.: |
|---|---|
| Plaintiff, v. | [FILED UNDER SEAL] |
| Ideal Financial Solutions, Inc., et al. | **Order Temporarily Sealing Entire File** |
| Defendants. | |

Upon due consideration of Plaintiff Federal Trade Commission's Ex Parte Application to Temporarily Seal Entire File and supporting memorandum and documents, and good cause

1

appearing therefore,

**IT IS HEREBY ORDERED** that the entire file and docket in this action be sealed and that all documents submitted in this matter be filed under seal, including: (1) Complaint for Permanent Injunction and Other Equitable Relief; (2) Ex Parte Application for a Temporary Restraining Order with Ancillary Relief and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, including all accompanying memoranda, exhibits, and other supporting documents; (3) Ex Parte Application for Order Temporarily Sealing Filings, including all accompanying memoranda, exhibits, and supporting other documents; (4) all responsive orders issued by the Court or generated by the Clerk of the Court with respect to this action; and (5) all related papers.

**IT IS FURTHER ORDERED** that this seal does not preclude the Clerk of the Court from providing counsel for the FTC with copies of the orders issued by the Court while the seal remains in effect, and this Order shall not be construed to prohibit the FTC from providing this Order, a temporary restraining order, or other pleadings and papers filed in this action to Defendants, any receiver appointed in this action, process servers, financial institutions, or other persons who may hold assets of Defendants, law enforcement authorities, consumer victims, or potential witnesses for a possible preliminary injunction hearing, or credit reporting agencies;

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, this seal shall dissolve the earlier of: (1) five days from the signing and entry of this Order; or (2) upon the Clerk's receipt of written notice from the FTC that service of a Temporary Restraining Order or other interim order has been made upon all Defendants or that there is no further need to keep the materials under seal.

**IT IS FURTHER ORDERED** that persons who receive notice of this action and this Order before the seal is lifted shall not disclose the existence of this action, this Order, or the

terms of any order entered by this Court, except to the extent necessary to implement any temporary restraining order that the Court may enter.

**IT IS SO ORDERED.**

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: January 30, 2013