# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

                Plaintiff,      Case No.  2:13-cv-00143-MMD-GWF

vs.                                         **ORDER**

IDEAL FINANCIAL SOLUTIONS, INC., *et al.*,

                Defendants.

       This matter comes before the Court on David Koch, Esq.'s Motion for Substitution of Attorneys for Defendants Steven Sunyich, Christopher Sunyich, Michael Sunyich, and Melissa Sunyich Gardner (#22), filed on March 9, 2013.  Oppositions to the Motion were due March 26, 2013, and none was filed.

       The subject Defendants are currently represented by Mr. Koch.  In the Motion, the Defendants propose to substitute themselves as counsel.  The Court therefore construed the Motion as a Motion to Withdraw as Counsel for the Defendants. *See March 12, 2013 Minute Order in Chambers, Doc. #24*.  Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  The time to oppose the instant Motion has expired, and no opposition has been filed.  Accordingly,

       **IT IS HEREBY ORDERED** that David Koch Esq.'s Motion for Substitution of Attorneys (#22) is **granted**.

       **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known addresses of the subject Defendants to the civil docket:

...

Steven Sunyich
7255 W. Sunset Rd. 2104
Las Vegas, NV 89113

Christopher Sunyich
1277 W. 2130 S.
St. George, UT 84770

Michael Sunyich
2186 West 1270 N.
St. George, UT 84770

Melissa Sunyich Gardner
620 S. 170 W.
Ivins, UT 84765

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order to the above-listed Defendants at the above-listed addresses.

DATED this 2nd day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge