UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 2:13-cv-00143-MMD-GWF |
| vs. | ) **ORDER** |
| IDEAL FINANCIAL SOLUTIONS, INC., *et al.*, | ) |
| Defendants. | ) |

This matter comes before the Court on Koch & Snow LLC's Motion to Withdraw as Counsel for Defendants Ideal Financial Solutions, Inc., Ascot Crossing, LLC, Chandon Group, Inc., and Bracknell Shore, Ltd. ("Defendants") (#21), filed on March 8, 2013. The Court ordered Koch & Snow to file written certification that the Defendants have been served with a copy of the instant Motion (#21) by March 19, 2013. *See March 12, 2013 Minute Order, Doc. #23*. The Court denied the Motion (#21) on April 2, 2013, citing the lack of certificate of service. *See Order, Doc. #29*. The Court has since become aware, however, that Koch & Scow filed a certificate of service on March 13, 2013. *See Doc. #25*. Accordingly,

**IT IS HEREBY ORDERED** that the Court's April 2, 2013 Order (#29) is **withdrawn**.

**IT IS FURTHER ORDERED** that Koch & Snow's Motion to Withdraw (#21) is **granted**.

DATED this 3rd day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge