# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff<br><br>vs.<br><br>Ideal Financial Solutions, Inc., et al.,<br><br>    Defendants | Case No.: 2:13-cv-00143-JAD-GWF<br><br>**Order Granting America First Federal Credit Union's Motion to Intervene [Docs. 58, 63]** |

America First Federal Credit Union has moved the Court to intervene, terminate stay, and order that it may sell and liquidate its collateral, a 2006 Infinity M35 vehicle, with Vehicle Identification Number JNKAY01E66M114284.

After reviewing America First's Motion to Intervene and for Stay Termination and Further Relief, Docs. 58, 63, the memorandum of points and authorities filed in support of the Motion, Doc. 59, and the attached exhibits, and there being no opposition thereto, the Court finds good cause to grant the Motion.

It is therefore **ORDERED** that America First Federal Credit Union's Motion **[Docs. 58, 63]** is **GRANTED** as follows:

1. America First is permitted to intervene to protect and obtain relief with regard to its interest in the vehicle;

2. The stay with regard to the vehicle is terminated and America First may sell and liquidate the vehicle; and

3. In the event that there are excess proceeds, America First shall pay any overage amount to the Receiver for the benefit of the Estate.

DATED October 2, 2013.

_____
Jennifer A. Dorsey
United States District Judge