1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 FEDERAL TRADE COMMISSION,                    )
                                                              )
9                          Plaintiff,                    )          Case No.  2:13-cv-00143-JAD-GWF
                                                              )
10 vs.                                                      )          **ORDER**
                                                              )
11 IDEAL FINANCIAL SOLUTIONS, INC., *et al.*,    )
                                                              )
12                          Defendants.                )
   _____)

13

14       This matter comes before the Court on Defendants Chris Sunyich, Steven Sunyich, and

15 Michael Sunyich's ("Defendants") Motions to File Electronically (#101, 105, and #106,

16 respectively), all filed on October 3, 2013.  Defendants request permission to file all future

17 pleadings electronically through the Court's CM/ECF filing system.  The Court will allow

18 Defendants to file future documents electronically only after Defendants have demonstrated a basic

19 understanding and familiarity with the CM/ECF filing system.  Accordingly,

20       **IT IS HEREBY ORDERED** that Defendant Chris Sunyich's Motion to File Electronically

21 (#101) is **granted**.

22       **IT IS FURTHER ORDERED** that Defendant Steven Sunyich's Motion to File

23 Electronically (#105) is **granted**.

24       **IT IS FURTHER ORDERED** that Michael Sunyich's Motion to File Electronically (#106)

25 is **granted**.

26       **IT IS FURTHER ORDERED** that Defendants must individually comply with the

27 following procedures  to activate their CM/ECF accounts:

28 ...

a.  On or before **November 8, 2013**, Defendants must provide certifications that they have completed the CM/ECF tutorial and are familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

b.  Defendants are not authorized to file electronically until said certifications are filed with the Court within the time frame specified.

c.  Upon timely filing of the certifications, Defendants shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 10th day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge