# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff<br><br>vs.<br><br>Ideal Financial Solutions, Inc., et al.,<br><br>    Defendants | Case No.: 2:13-cv-00143-JAD-GWF<br><br>**Order Granting Application for Fees and Expenses for Receiver and Professionals [Doc. 57]** |

Before the Court is the Receiver's Unopposed Application for an Order Approving Fees and Expenses of the Receiver and His Professionals filed May 17, 2013.  Doc. 57.

The Preliminary Injunction order dated February 15, 2013, authorizes Receiver Thomas W. McNamara to "[c]hoose, engage, and employ attorneys, accountants, appraisers, investigators, and other independents contractors and technical specialists, as [he] deems advisable or necessary in the performance of duties and responsibilities."  Doc. 18 at 16.  In addition, the Order provides

> that the Receiver, and all persons or entities retained or hired by the Receiver as authorized under this Order, shall be entitled to reasonable compensation for the performance of duties undertaken pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them from the Assets now held by or in the possession or control of, or which may be received by, Receivership Entities.  The Receiver shall file with the Court and serve on the parties a request for the payment of reasonable compensation at the time of the filing of any report required under this Order.  The Receiver shall not increase the fees or rates used as the bases for such fee applications without prior approval of the Court.

*Id.* at 19.

The Court has reviewed the Receiver's Application and the Declaration of Receiver MacNamara supporting the application, Doc. 57-1, and has  received no opposition thereto.

1 | Accordingly, and with good cause appearing, it is hereby **ORDERED** that Receiver Thomas W. McNamara's Application for Order Approving Fees and Expenses of the Receiver and His Professionals **[Doc. 57]** is **GRANTED**.  The Court approves payment of the following:

  1. $47,205.17 to Receiver Thomas W. McNamara;
  2. $115,055.05 to Receiver's counsel Ballard Spahr LLP;
  3. $16,668.05 to Receiver's forensic accountant David A. Birdsell, CPA;
  4. $11,562.67 to Receiver's computer forensic expert Dataclues, Inc.; and
  5. $2,996.25 to Receiver's private investigator The Professional Enterprise, LLC.

*See* Doc. 57 at 1; Doc. 57-1 at 2–5; Doc. 57-2 at 3; Doc. 57-3 at 3; Doc. 57-4 at 6; Doc. 57-5 at 4; Doc. 57-6 at 3.

DATED October 15, 2013.

_____
Jennifer A. Dorsey
United States District Judge