1
2
3
4
5
6
7
8
9
10
11
12
13

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,      )
                                )
                Plaintiff,      )        Case No.  2:13-cv-00143-JAD-GWF
                                )
vs.                             )        **ORDER**
                                )
IDEAL FINANCIAL SOLUTIONS, INC., *et al.*,  )
                                )
                Defendants.     )
_____ )

14      This matter comes before the Court on Plaintiff's Emergency Motion to Seal (#124), filed

15  on October 24, 2013.  Plaintiff moves to seal Exhibit 2 to its Response (#123-5) to Defendant

16  Melissa Sunyich Gardner's Motion to Dismiss (#115) because it contains Defendant Gardner's

17  unredacted social security and bank account numbers.  Federal Rule of Civil Procedure 5.2(d)

18  permits a court to seal a pleading containing social security or bank account numbers, and then to

19  order the filing of a redacted version of the pleading.  Accordingly,

20      **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Seal (#124) is **granted**.

21      **IT IS FURTHER ORDERED** that Exhibit 2 to Plaintiff's Response to Motion to Dismiss

22  (#123-5) shall be **sealed**.

23      **IT IS FURTHER ORDERED** that Plaintiff shall file a redacted version of Exhibit 2 to the

24  Response (#123-5) within 5 days of the date of this Order.

25      DATED this 25th day of October, 2013.

26
27
                                _____
28                              GEORGE FOLEY, JR.
                                United States Magistrate Judge