# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:13-cv-00143-JAD-GWF |
| vs. | **ORDER** |
| IDEAL FINANCIAL SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Emergency Motion to Seal (#124), filed on October 24, 2013. Plaintiff moves to seal Exhibit 2 to its Response (#123-5) to Defendant Melissa Sunyich Gardner's Motion to Dismiss (#115) because it contains Defendant Gardner's unredacted social security and bank account numbers. Federal Rule of Civil Procedure 5.2(d) permits a court to seal a pleading containing social security or bank account numbers, and then to order the filing of a redacted version of the pleading. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Seal (#124) is **granted**.

**IT IS FURTHER ORDERED** that Exhibit 2 to Plaintiff's Response to Motion to Dismiss (#123-5) shall be **sealed**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a redacted version of Exhibit 2 to the Response (#123-5) within 5 days of the date of this Order.

DATED this 25th day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge