**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>              Plaintiff, )<br>vs. )<br>IDEAL FINANCIAL SOLUTIONS, INC., *et al.*, )<br>              Defendants. ) | Case No.  2:13-cv-00143-JAD-GWF<br><br>**ORDER** |

This matter comes before the Court on Defendant Melissa Gardner's Motion to File Electronically (#140), filed on November 5, 2013.  Defendant requests permission to file all future pleadings electronically through the Court's CM/ECF filing system.  The Court will allow Defendant to file future documents electronically only after Defendant has demonstrated a basic understanding and familiarity with the CM/ECF filing system.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Melissa Gardner's Motion to File Electronically (#140) is **granted**.  Defendant must comply with the following procedures to activate her CM/ECF account:

  a. On or before **December 7, 2013**, Defendant must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

  b. Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

    c.    Upon timely filing of the certification, Defendant shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 7th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge