DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:13-cv-00143-JAD-GWF |
| v. | ) |
| | ) |
| IDEAL FINANCIAL SOLUTIONS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Megan A. Bartley to practice before this honorable court in all matters relating to the above-captioned matter.

Ms. Bartley is an attorney with the Federal Trade Commission, an agency of the federal government, and a member in good standing of the Virginia State Bar (No. 81840).

The following information is provided to the Court:

Megan A. Bartley
Federal Trade Commission
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Phone: (202) 326-3424
Fax: (202) 326-2558
Email: mbartley@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Megan A. Bartley to practice before this honorable court.

Respectfully submitted this 30th day of October 2013.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Blaine T. Welsh*
        BLAINE T. WELSH
        Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 7, 2013

2