R. MICHAEL WALLER
MEGAN A. BARTLEY
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop M-8102B
Washington, DC 20580
Phone: (202) 326-2902 (Waller)
Phone: (202) 326-3424 (Bartley)
Facsimile: (202) 326-2558
Email: rwaller@ftc.gov, mbartley@ftc.gov

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

*Attorneys for Plaintiff*
*Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **Federal Trade Commission**, | Case No.: 2:13-CV-00143-JAD-GWF |
| Plaintiff, | |
| v. | |
| **Ideal Financial Solutions, Inc., et al.** | |
| Defendants. | |

**SUBSTITUTION OF ATTORNEY**

Plaintiff Federal Trade Commission hereby substitutes Megan A. Bartley, 600 Pennsylvania Ave, NW, Mailstop M-8102 B, Washington, DC 20580, (202) 326-3424, as attorney of record in place and stead of Megan E. Gray.

1

DATED: 12/12/13                             /s/ R. Michael Waller
                                            (Counsel for Plaintiff )

I consent to the above substitution.

DATED: 12/12/13                             /s/ Megan E. Gray
                                            (Signature of Present Attorney)

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 12/12/13                             /s/ Megan A. Bartley
                                            (Signature of New Attorney)

                            APPROVED:

DATED: December 13, 2013            _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge