UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>IDEAL FINANCIAL SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 2:13-cv-00143-JAD-GWF<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Related Case:<br>*McNamara v. Voltage Pay Inc., et al.*<br>District of Nevada, Case No. 2:15-cv-02177-JAD-GWF |

Receiver Thomas W. McNamara has moved the Court to file under seal (1) the unredacted version of his Unopposed Motion for Order Approving Settlement Agreement; and (2) Exhibit A to the Declaration of Daniel M. Benjamin in support of that motion.

FOR GOOD CAUSE SHOWN, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED this __27th__ day of ____September____, 2017.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1