**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
|           Plaintiff, ) | Case No. 2:13-cv-00143-JAD-GWF |
| vs. ) | **ORDER** |
| IDEAL FINANCIAL SOLUTIONS, INC., *et al.*, ) | |
|           Defendants. ) | |

This matter is before the Court on Daniel Benjamin, Esq.'s Notice of Withdrawal of Counsel (ECF No. 280), filed on October 11, 2017.

Counsel represents that he can no longer represent Thomas W. McNamara in his capacity as the Court-appointed Receiver because he has left private practice and has accepted a position as an Administrative Law Judge. Counsel indicates that his withdrawal will not delay or prejudice the proceedings in this matter because Mr. McNamara will continue to be represented by attorneys Andrew Robertson and Edward Chang of McNamara Smith LLP and attorney Abran Vigil of Ballard Spahr LLP. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Daniel Benjamin, Esq.'s Notice of Withdrawal of Counsel (ECF No. 280) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Daniel Benjamin, Esq. from the CM/ECF service list in this case.

DATED this 12th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge