DAVID C. SHONKA
Acting General Counsel
RICHARD MICHAEL WALLER
Attorney
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: 404-656-1371
Facsimile: 202-326-3197
Email: rwaller@ftc.gov

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No: 2:13-cv-00143-JAD-GWF |
| Plaintiff, | |
| v. | **Motion to Admit Government Attorney to Practice in the District of Nevada for Duration of Attorney's Government Employment** |
| IDEAL FINANCIAL SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

Pursuant to LR IA 11-3, the Federal Trade Commission respectfully requests that this honorable Court admit government attorney Megan E. Gray to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of her employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion

1

to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Megan E. Gray is an attorney with the Federal Trade Commission, an agency of the federal government, and an active member in good standing with the Bar of the District of Columbia (Bar No. 478479).

The following contact information is provided to the Court:

Megan E. Gray
Attorney
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail-stop CC-9541
Washington, DC 20580
Phone: 202-326-3408
Fax: 202-326-3197
mgray@ftc.gov

Accordingly, the Federal Trade Commission respectfully requests that the Court admit Megan E. Gray to practice in the District of Nevada for the duration of her employment by the United States.

Dated: October 19, 2017

*/s/ Richard Michael Waller*
Richard Michael Waller

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2017

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2017, a true and correct copy of the Motion to Admit Government Attorney to Practice in the District of Nevada for Duration of Attorney's Government Employment was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

The undersigned further certifies that on October 19, 2017, a true and correct copy of the Motion to Admit Government Attorney to Practice in the District of Nevada for Duration of Attorney's Government Employment was served by mail on the following individuals, who are not registered participants of the CM/ECF system: Jared Mosher (634 Cynthia Ln, Santa Clara, UT 84765) and Melissa Sunyich Gardner (405 Cordero Drive, Ivins, UT 84738).

*/s/ Richard Michael Waller*
Richard Michael Waller