UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,
        Plaintiff,
v.
IDEAL FINANCIAL SOLUTIONS, INC., et al.,
        Defendants.

Case No.: 2:13-cv-00143-JAD-GWF

**ORDER GRANTING RECEIVER'S INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS**

JUDGE:   Hon. Jennifer A. Dorsey
CTRM:    6D

ECF No. 261

Thomas W. McNamara, as court-appointed Receiver, has moved the Court for approval to pay invoices for fees and expenses of the Receiver and his professionals for the period December 1, 2015 through April 30, 2017.

The Receiver was first appointed by a Temporary Restraining Order filed January 30, 2013 (ECF No. 10), and that appointment was confirmed, and the temporary designation removed, by a Preliminary Injunction entered February 15, 2013 (ECF No. 18). The Preliminary Injunction authorizes the Receiver to, "[c]hoose, engage, and employ attorneys, accountants, appraisers, investigators, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities" (ECF No. 18, Section XI(J)) and provides that "the Receiver, and all persons or entities retained or hired by the Receiver as authorized under this Order, shall be entitled to reasonable compensation for the performance of duties undertaken pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them from the Assets now held by or in the possession or control of, or which may be received by, Receivership Entities." (ECF No. 18, Section XVI.)

The Court has reviewed the Receiver's Declaration and supporting documents, and is satisfied with the Receiver's application and approves the payment of the following requested amounts for fees and expenses incurred during the seventeen-month period December 1, 2015 through April 30, 2017: $17,959.96 fees and $172.27 to Thomas W. McNamara as Receiver and his professional staff; $126,022.67 and $18,486.34 expenses to Receiver's counsel McNamara Benjamin LLP; $11,839.00 fees and $496.06 expenses to Receiver's local Nevada counsel, Ballard Spahr LLP; $10,445 fees and $782.10 expenses to Receiver's local counsel in Northern California, Harland Law Firm; and $20,882.00 fees and $483.60 expenses to Receiver's local counsel in Utah, Kirton McConkie.

IT IS SO ORDERED.

DATED this 30th day of October, 2017.

Jennifer A. Dorsey
United States District Judge