UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>　　　　　Plaintiff,<br>　v.<br>IDEAL FINANCIAL SOLUTIONS, INC., et al.,<br>　　　　　Defendants. | Case No.: 2:13-cv-00143-JAD-GWF<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES**<br><br>JUDGE:　Hon. Jennifer A. Dorsey<br>CTRM:　6D<br><br>ECF No. 291 |

Thomas W. McNamara, as court-appointed Receiver, has moved the Court for approval to pay invoices for fees and expenses of the Receiver and his professionals for the period May 1, 2017 through December 31, 2017.

The Receiver was first appointed by the Temporary Restraining Order of January 30, 2013 (ECF No. 10), and that appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction entered February 15, 2013 (ECF No. 18). The Preliminary Injunction authorizes the Receiver to, "[c]hoose, engage, and employ attorneys, accountants, appraisers, investigators, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities" (ECF No. 18, Section XI(J)) and provides that "the Receiver, and all persons or entities retained or hired by the Receiver as authorized under this Order, shall be entitled to reasonable compensation for the performance of duties undertaken pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them from the Assets now held by or in the possession or control of, or which may be received by, Receivership Entities." (ECF No. 18, Section XVI.)

The Court has reviewed the Receiver's Declaration and supporting documents, and is satisfied with the Receiver's application and approves the payment of the following requested amounts for fees and expenses incurred during the eight-month period May 1, 2017 through December 31, 2017: $25,113.23 fees and $1,623.15 expenses of Thomas W. McNamara as Receiver and his professional staff payable to Regulatory Resolutions; $60,587.16 fees and $14,424.48 expenses of Receiver's counsel McNamara Smith LLP; $10,800.50 fees and $474.46 expenses of Receiver's local Nevada counsel, Ballard Spahr LLP; and $16,945.00 fees and $10.00 expenses of Receiver's local counsel in Northern California, Harland Law Firm.

IT IS SO ORDERED.

DATED this 9th day of April, 2018.

_____
Jennifer A. Dorsey
United States District Judge

1