UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br>IDEAL FINANCIAL SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 2:13-cv-00143-JAD-GWF<br><br>[PROPOSED] **ORDER ON RECEIVER'S MOTION FOR ORDER APPROVING AND CONFIRMING SALE OF NEVADA REAL PROPERTY**<br><br>ECF No. 293 |

  Having read and considered the Receiver's Motion for Order Approving and Confirming Sale of Nevada Real Property, and good cause appearing therefore:

  IT IS HEREBY ORDERED that the Receiver's Motion for Order Approving and Confirming Sale of Nevada Real Property is GRANTED.

  IT IS FURTHER ORDERED that the sale of real property commonly known as 7255 W. Sunset Road, Unit 2104, Las Vegas, Nevada 89113 for $99,000 with a close of escrow on March 19, 2018 to Thanh Giang Huynh is approved and confirmed without further notice, hearing or order and is deemed sufficient pursuant to 28 U.S.C. § 2001.

  IT IS SO ORDERED:

DATED this 9th day of April, 2018.

                 _____
                 Hon. Jennifer A. Dorsey
                 United States District Judge