| | |
|---|---|
| 1 | ALDEN F. ABOTT |
| | General Counsel |
| 2 | RICHARD MICHAEL WALLER |
| | Attorney |
| 3 | Federal Trade Commission |
| | 600 Pennsylvania Avenue NW |
| 4 | Washington, DC 20580 |
| | Telephone: 202-326-2902 |
| 5 | Facsimile: 202-326-3197 |
| | Email: rwaller@ftc.gov |
| 6 | |
| | DAYLE ELIESON |
| 7 | United States Attorney |
| | BLAINE T. WELSH |
| 8 | Assistant United States Attorney |
| | Nevada Bar No. 4790 |
| 9 | 333 Las Vegas Blvd. South, Suite 5000 |
| | Las Vegas, Nevada 89101 |
| 10 | Phone: 702-388-6336 |
| | Facsimile: 702-388-6787 |
| 11 | Email: blaine.welsh@usdoj.gov |
| 12 | *Attorneys for Plaintiff Federal Trade Commission.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | )  Case No: 2:13-cv-00143-JAD-GWF |
| Plaintiff, | ) |
| | )  **Notice of Withdrawal of Counsel** |
| v. | ) |
| | ) |
| IDEAL FINANCIAL SOLUTIONS, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Richard Michael Waller, as counsel for Plaintiff Federal Trade Commission, withdraws from the above captioned case, subject to the approval of this court. Mr. Waller has resigned from his position at the Federal Trade Commission and is leaving government service as of August 31, 2018. Please remove Mr. Waller from all future notices with respect to this case.

1

Mr. Waller certifies that he has given notice to Plaintiff Federal Trade Commission of his withdrawal and served this notice on the Defendants. Moreover, Mr. Waller's withdrawal will not delay or prejudice any proceedings in this case, because the Federal Trade Commission will continue to be represented by the Commission's counsel, including Sangjoon Han. Concurrent with this notice, the Commission has filed a motion to allow Mr. Han to appear in this case as a government attorney.

Dated: August 22, 2018

*/s/ Richard Michael Waller*
Richard Michael Waller

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-23-2018